

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
10/30/2013

| | | |
|---|---|---|
| IN RE: | § | |
| OIL PATCH BRAZOS VALLEY, INC. | § | CASE NO. 13-34177 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE BOHM |

## ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT
( Docket # 78 )

THE COURT having considered the foregoing Application of the Trustee to employ William G. West, P.C., C.P.A., to act as Accountant for the estate and the Declaration of William G. West, P.C., C.P.A. in support thereof, and it appearing that William G. West, P.C., C.P.A. and the members and associates, is a disinterested person and that the employment is necessary and in the best interest of the estate and the economical administration thereof, it is

ORDERED that Joseph M. Hill, Trustee herein, is authorized, as of the filing date of this Application of Employment, to employ William G. West, P.C., C.P.A. to act as Accountant for the Trustee and the estate, with compensation to be paid in such amounts as may be allowed by the court upon proper application or applications therefore. The services that may be performed are as follows:

a. To prepare Federal and/or State Tax Returns as required;
b. Reconstruct the books and records of the Debtor's to the extent necessary;
c. Prepare a list of missing records needed to complete the analysis of the Debtor's financial operations and transactions;
d. Perform tracing of funds in and out of the Debtor's bank accounts and account records;
e. Prepare preference and fraudulent transfer analysis for the Trustee;
f. Prepare an analysis of possible manipulations, falsification or alteration or destruction of accounting records and/or supporting documents;
g. Assist the trustee's counsel in recovery of account receivables.

It is further,
   ORDERED that the Accounting firm shall not be compensated by the bankruptcy estate for performing duties required to be performed by the Trustee. It is further

   ORDERED that the professionals/paraprofessionals set forth in **Exhibit A** are authorized to perform work on behalf of the Trustee in this case at the states rates set forth in **Exhibit A** and/or include additional professionals/paraprofessionals in the work performed for the Trustee, the Trustee shall file an amendment to the Application with this Court seeking approval of such modfied terms. It

ORDERED that should Joseph M. Hill, Trustee desire for the Accounting firm to perform any additional professional services, other than those authorized herein, or should Applicant desire to appoint additional Accountants to perform special accounting services, leave is hereby granted for the Trustee to file such other applications or supplemental applications as may be necessary.

SIGNED this  29th  day of  October , 2013.

THE HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

| | | |
|---|---|---|
| 1 | William G. West, CPA | $ 260.00 / hour |
| 2 | Roger D. Martin, CPA | $ 230.00 / hour |
| 3 | William A. Potter, CPA | $ 200.00 / hour |
| 4 | Peggy J. Sims, CPA | $ 165.00 / hour |
| 5 | Paraprofessionals | $ 95.00 / hour |